FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 23 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FLORES-DE LA CRUZ,

    Defendant.

Case No. 2:20-mj-1090-VCF

**Order Directing Probation to Prepare a Criminal History Report**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __23__ day of December, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE