RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jose Flores-De La Cruz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE FLORES-DE LA CRUZ,<br><br>        Defendant. | Case No. 2:21-cr-00010-APG-DJA<br><br>**STIPULATION TO CONTINUE WAIVER OF INDICTMENT, FILING OF AN INFORMATION, ARRAIGNMENT AND PLEA, AND SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Jose Flores-De La Cruz, that the waiver of indictment, filing of an information, arraignment and plea, and sentencing Hearing currently scheduled on March 3, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     Counsel met with the client on March 2, 2021 to discuss the hearing and the client would like additional time to consult with his attorney prior to going forward.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the waiver of indictment, filing of an information, arraignment and plea, and sentencing hearing.

DATED this 2nd day of March 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By/s/ *Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By /s/ *Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00010-APG-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSE FLORES-DE LA CRUZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the waiver of indictment, filing of an information, arraignment and plea, and sentencing hearing currently scheduled for March 3, 2021 at 2:00 p.m., be vacated and continued to April 21, 2021 at the hour of 3:00 p.m. in LV Courtroom 6C.

DATED this 2nd day of March 2021.

_____
UNITED STATES DISTRICT JUDGE